IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CARL IMHOFF, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 14-44 |
| ) | Judge Nora Barry Fischer/ |
| JOHN TEMAS, *Warden, Washington* ) | Chief Magistrate Judge |
| ) | Maureen P. Kelly |
| *County Jail*; DEPUTY WARDEN ) | |
| STRAWN, *Washington County Jail*; ) | |
| CAPTAIN MICHAEL KING, *Washington* ) | |
| *County Jail*; SGT. RICHARD ) | |
| SNEDEKER, *Washington County Jail*; ) | |
| SGT. EDWARD STRAWN, *Washington* ) | |
| *County Jail*; NURSE CHERYL ) | |
| McGAVITT, *Washington County Jail, All* ) | |
| Individually and in their official capacities, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

AND NOW, this 7th day of March, 2016, after the Plaintiff David Carl Imhoff filed an action in the above-captioned case, and after an Amended Report and Recommendation [76] was filed by the United States Magistrate Judge granting the parties until February 18, 2016, to file written objections thereto, and upon consideration of the objections filed by Plaintiff David Carl Imhoff [77] and the response filed by Defendants [79] and upon independent review of the record, and upon consideration of the Magistrate Judge's Amended Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment (Doc. [44]) is DENIED and that Defendants' Motion for Summary Judgment (Doc. [59]) is

GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

    s/Nora Barry Fischer
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

David Carl Imhoff
LS-8834
SCI Fayette
PO Box 9999
LaBelle, PA 15450

All Counsel of Record Via CM-ECF